ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
FIAFIR Company for Trading and Contracting ) ASBCA No. 59480
)
Under Contract No. W90BRJ-06-C-0015 )

APPEARANCE FOR THE APPELLANT:     Robert J. Marks, Esq.
    Marks, Finch, Thornton & Baird, LLP
    San Diego, CA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Michael G. Pond, JA
    Kyle E. Chadwick, Esq.
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 1 December 2014

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59480, Appeal of FIAFIR Company for Trading and Contracting, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
